# Holland & Knight

31 West 52nd Street | New York, NY 10019 | T | F 212.385.9010
Holland & Knight LLP | www.hklaw.com

Ellen S. Marcus
(212) 513-3358
ellen.marcus@hklaw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/28/2022
```

> The post-discovery conference scheduled for March 4, 2022 is adjourned to April 8, 2022 at 3:45 p.m.

February 25, 2022

*Via ECF*

Honorable Alison J. Nathan
United States District Court, Southern District of New York
40 Foley Square
New York, NY 10007

Re: *Toll Brothers, Inc. et al. v. The Travelers Indemnity Company of Connecticut*
Case No. 1:21-cv-05297-AJN

Dear Justice Nathan:

This firm represents Plaintiffs Toll Brothers, Inc., Toll Bros., Inc., Toll NY II LLC, Toll Brothers Real Estate, Inc. and Toll Brothers Barrow Street, LLC ("Toll") in the above-referenced matter. Please take notice that Amy Gross participated in the drafting of this joint status letter to the Court on behalf of Reid and Associates, counsel for Defendant The Travelers Indemnity Company of Connecticut ("Travelers").

The parties have completed discovery.

The parties have most recently discussed settlement on February 15, 2022, February 22, 2022 and February 24, 2022. The parties believe that this matter can most likely be resolved and need a little more time to work out the terms of a settlement. The approximate total length of the settlement discussions to date is two hours. In the event the matter cannot be resolved, the parties will likely move for summary judgment.

SO ORDERED

*[signature: Alison J. Nathan]*  2/25/2022

The parties respectfully request an adjournment of the post-discovery status conference scheduled on March 4, 2022 to give the parties time to resolve this matter. The parties respectfully request that the conference be scheduled on one of the following dates, if possible:

April 8, 2022
April 22, 2022
April 29, 2022

Please let us know if you require any further information. Thank you.

Anchorage | Atlanta | Austin | Boston | Charlotte | Chicago | Dallas | Denver | Fort Lauderdale | Houston | Jacksonville | Lakeland
Los Angeles | Miami | New York | Orlando | Portland | San Francisco | Stamford | Tallahassee | Tampa | Tysons
Washington, D.C. | West Palm Beach

February 25, 2022
Page 2

Respectfully yours,

HOLLAND & KNIGHT LLP

*ELLEN S. MARCUS*
Ellen S. Marcus

CC: Counsel via ECF

#155235902_v1