# USERY & ASSOCIATES

| | | |
|---|---|---|
| AMY C. GROSS, ESQ<br>Admitted in NJ and NY | **MAILING ADDRESS:**<br>**P.O. BOX 2996**<br>HARTFORD, CT 06104-2996<br><br>TELEPHONE: 917-778-6680<br>FACSIMILE: 844-571-3789 | Direct Dial: 917-778-6462<br>Email: ACGROSS@TRAVELERS.COM |

The request is granted. The status conference scheduled for July 15, 2022 is adjourned to August 19, 2022 at 10:00 a.m. So ordered.
/s/ Alvin K. Hellerstein
July 11, 2022

July 11, 2022

BY ECF AND FAX:

Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007

Re:   Toll Brothers, Inc., et al. v. The Travelers Indemnity Company of Connecticut,
        Case Number: 1:21-cv-05297-AJN

Dear Judge Hellerstein:

      This firm represents the defendant, The Travelers Indemnity Company of Connecticut ("Travelers"), in the above referenced matter. I write with the consent of plaintiffs to request an adjournment of the Status Conference currently scheduled for Friday, July 15, 2022 at 10:00 a.m. for one month, until such time as is convenient for the Court. This is the second request for extension of this conference, which was originally scheduled for June 3, 2022. The parties' prior request for adjournment was granted. The parties further advise that they are available on August 19, 2022 for a rescheduled Status Conference.

      The reason for the requested adjournment is that the parties are currently finalizing payment of past defense fees and the details of how the underlying claim will be handled moving forward. Once these final details are resolved, the plaintiff anticipates dismissing this action,

*Not a Partnership or Professional Corporation. All attorneys are Employees of The Travelers Indemnity Company and its Property Casualty Affiliates.*

| CONNECTICUT OFFICE:<br>ONE TOWER SQUARE<br>MS04A-0000<br>HARTFORD, CT 06183 | NEW YORK OFFICE:<br>485 LEXINGTON AVENUE<br>7TH FLOOR<br>NEW YORK, NY 10017 | PENNSYLVANIA OFFICE:<br>10 SENTRY PARKWAY<br>SUITE 300<br>BLUE BELL, PA 19422 | CALIFORNIA OFFICE:<br>401 LENNON LANE<br>SUITE 125<br>WALNUT CREEK, CA 94598 |
|---|---|---|---|

which the parties hope will obviate the need for further involvement by the Court. There are no other deadlines in this matter that will be impacted by the requested adjournment.

Respectfully,

/s Amy C. Gross

Amy C. Gross

cc: Ellen S. Marcus (via ECF)

*Not a Partnership or Professional Corporation. All attorneys are Employees of The Travelers Indemnity Company and its Property Casualty Affiliates.*

| CONNECTICUT OFFICE: | NEW YORK OFFICE: | PENNSYLVANIA OFFICE: | CALIFORNIA OFFICE: |
|---|---|---|---|
| ONE TOWER SQUARE | 485 LEXINGTON AVENUE | 10 SENTRY PARKWAY | 401 LENNON LANE |
| MS04A-0000 | 7TH FLOOR | SUITE 300 | SUITE 125 |
| HARTFORD, CT 06183 | NEW YORK, NY 10017 | BLUE BELL, PA 19422 | WALNUT CREEK, CA 94598 |