# USERY & ASSOCIATES

AMY C. GROSS, ESQ
Admitted in NJ and NY

**MAILING ADDRESS:**
**P.O. BOX 2996**
HARTFORD, CT 06104-2996

TELEPHONE: 917-778-6680
FACSIMILE: 844-571-3789

Direct Dial: 917-778-6462
Email: ACGROSS@TRAVELERS.COM

The request is granted. The status conference scheduled for August 19, 2022 is adjourned to September 16, 2022 at 10:00 a.m.
So ordered.
/s/ Alvin K. Hellerstein
August 15, 2022

August 15, 2022

BY ECF AND FAX:

Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007

Re:   Toll Brothers, Inc., et al. v. The Travelers Indemnity Company of Connecticut,
      Case Number: 1:21-cv-05297-AJN

Dear Judge Hellerstein:

    This firm represents the defendant, The Travelers Indemnity Company of Connecticut ("Travelers"), in the above referenced matter. I write with the consent of plaintiffs to request an adjournment of the Status Conference currently scheduled for Friday, August 19, 2022 at 10:00 a.m. for one month, until such time as is convenient for the Court. This is the third request for extension of this conference, which was originally scheduled for June 3, 2022. The parties' prior requests for adjournment was granted. The parties further advise that they are available on September 16, 2022 for a rescheduled Status Conference.

    The reason for the requested adjournment is that the parties are currently finalizing payment of past defense fees. Once these final details are resolved, the plaintiff anticipates dismissing this action, which the parties hope will obviate the need for further involvement by

*Not a Partnership or Professional Corporation. All attorneys are Employees of The Travelers Indemnity Company and its Property Casualty Affiliates.*

| CONNECTICUT OFFICE:<br>ONE TOWER SQUARE<br>MS04A-0000<br>HARTFORD, CT 06183 | NEW YORK OFFICE:<br>485 LEXINGTON AVENUE<br>7TH FLOOR<br>NEW YORK, NY 10017 | PENNSYLVANIA OFFICE:<br>10 SENTRY PARKWAY<br>SUITE 300<br>BLUE BELL, PA 19422 | CALIFORNIA OFFICE:<br>655 N CENTRAL AVENUE<br>SUITE 1100<br>GLENDALE, CA 91203 |
|---|---|---|---|

the Court. There are no other deadlines in this matter that will be impacted by the requested adjournment.

          Respectfully,

          /s Amy C. Gross

          Amy C. Gross

cc:    Ellen S. Marcus (via ECF)

*Not a Partnership or Professional Corporation. All attorneys are Employees of The Travelers Indemnity Company and its Property Casualty Affiliates.*

| CONNECTICUT OFFICE: ONE TOWER SQUARE MS04A-0000 HARTFORD, CT 06183 | NEW YORK OFFICE: 485 LEXINGTON AVENUE 7TH FLOOR NEW YORK, NY 10017 | PENNSYLVANIA OFFICE: 10 SENTRY PARKWAY SUITE 300 BLUE BELL, PA 19422 | CALIFORNIA OFFICE: 655 N CENTRAL AVENUE SUITE 1100 GLENDALE, CA 91203 |
|---|---|---|---|