# USERY & ASSOCIATES

AMY C. GROSS, ESQ
Admitted in NJ and NY

MAILING ADDRESS:
P.O. BOX 2996
HARTFORD, CT 06104-2996

TELEPHONE: 917-778-6680
FACSIMILE: 844-571-3789

Direct Dial: 917-778-6462
Email: ACGROSS@TRAVELERS.COM

November 10, 2022

BY ECF AND FAX:

Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007

*[Handwritten: The status conf. is adjourned to Dec. 9, 2022, 10:00 a.m. 11-14-22 /s/ Alvin K. Hellerstein]*

Re: **Toll Brothers, Inc., et al. v. The Travelers Indemnity Company of Connecticut,**
Case Number: 1:21-cv-05297-AJN

Dear Judge Hellerstein:

This firm represents the defendant, The Travelers Indemnity Company of Connecticut ("Travelers"), in the above referenced matter. I write with the consent of plaintiffs to request an adjournment of the Status Conference currently scheduled for Friday, November 18, 2022 at 10:00 a.m. for three weeks, until such time as is convenient for the Court. This is the fifth request for extension of this conference, which was originally scheduled for June 3, 2022. The parties' prior requests for adjournment were granted. The parties further advise that they are available on December 9, 2022 for a rescheduled Status Conference.

The reason for the requested adjournment is that the parties are currently finalizing payment of past defense fees. Once these final details are resolved, the plaintiff anticipates dismissing this action, which the parties hope will obviate the need for further involvement by

*Not a Partnership or Professional Corporation. All attorneys are Employees of The Travelers Indemnity Company and its Property Casualty Affiliates.*

| CONNECTICUT OFFICE: | NEW YORK OFFICE: | PENNSYLVANIA OFFICE: | CALIFORNIA OFFICE: |
|---|---|---|---|
| ONE TOWER SQUARE | 485 LEXINGTON AVENUE | 10 SENTRY PARKWAY | 655 N CENTRAL AVENUE |
| MS04A-0000 | 7TH FLOOR | SUITE 300 | SUITE 1100 |
| HARTFORD, CT 06183 | NEW YORK, NY 10017 | BLUE BELL, PA 19422 | GLENDALE, CA 91203 |

the Court. There are no other deadlines in this matter that will be impacted by the requested adjournment.

Respectfully,

/s Amy C. Gross

Amy C. Gross

cc:    Ellen S. Marcus (via ECF)

*Not a Partnership or Professional Corporation. All attorneys are Employees of The Travelers Indemnity Company and its Property Casualty Affiliates.*

| CONNECTICUT OFFICE: | NEW YORK OFFICE: | PENNSYLVANIA OFFICE: | CALIFORNIA OFFICE: |
|---|---|---|---|
| ONE TOWER SQUARE | 485 LEXINGTON AVENUE | 10 SENTRY PARKWAY | 655 N CENTRAL AVENUE |
| MS04A-0000 | 7TH FLOOR | SUITE 300 | SUITE 1100 |
| HARTFORD, CT 06183 | NEW YORK, NY 10017 | BLUE BELL, PA 19422 | GLENDALE, CA 91203 |